# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois

| | |
|---|---|
| DARREN DAVIS, ZACHARY BRIGGS, KRISTOPHER WHITLOCK-HORECKER, JAY SUEDMEYER, CASEY BEELER, KERI BRACH, JOHN TAYLOR, DAYID KOWOLENKO, CHELSEA FEHRING, ERIN CROXTON, JEFF MEYER, JAMES GROSS, KATHERINE CRIPE, JASON SUKUT, JEFFREY ZETTLER, JESSICA THIERRY, STEVEN PIPER, DANIELLE WATKINS, NICHOLAS DOHRMAN, RAYMOND WALTER, III, JEFFREY SCOTT, CORTNEY COLE, f/k/a CORTNEY SCHUMACHER, CANDICE SCHAPER, DANIELLE FLAMM, CHAD LOWE, JEFFREY CUTRIGHT, and JENNIFER MASON, | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 21-cv-00282 ) |
| Plaintiffs, | |
| v. | |
| AIR METHODS CORPORATION, | |
| Defendant. | |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I, LaLonnie Gray, hereby enter my appearance as counsel for Defendant Air Methods Corporation.

DATED: March 12th, 2021.

1

**FISHER & PHILLIPS LLP**

*s/LaLonnie Gray*
LaLonnie Gray
Fisher & Phillips LLP
1801 California St. Suite 2700
Denver, CO 80202
Tel: (303) 218-3650
Fax: (303) 218-3651
lgray@fisherphillips.com

*ATTORNEY FOR DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 12th day of March, 2021, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was served via the Court's e-filing system and U.S. mail on the following:

**MATHIS, MARIFIAN & RICHTER, LTD.**

Mark S. Schuver, #06197565
Deanna L. Litzenburg, #06270172
Natalie T. Lorenz, #06309572
23 Public Square, Suite 300
P.O. Box 307
Belleville, Illinois 62220
Phone: (618) 234-9800
Fax: (618) 234-9786
mschuver@mmrltd.com
diitzenburg@mmrltd.com
nlorenz@mmrltd.com

**WALTON TELKEN, LLC**

Troy E. Walton, #6274303241
North Main Street
Edwardsville, Illinois 62025
Phone: (618) 307-9880
Fax: (618) 307-9881
twalton@waltontelken.com

**ZIGLER LAW GROUP, LLC**

Aaron M. Zigler, #6276907
308 S. Jefferson St., Suite 333
Chicago, Illinois 60661
Phone: (312) 673-8427
Fax: (312) 535-5773
aaron@ziglerlawgroup.com

*ATTORNEYS FOR PLAINTIFFS*

                                             *s/ Faith Poindexter*
                                             Faith Poindexter
                                             For FISHER & PHILLIPS LLP